WISEMAN, DIRECTOR OF INTERNAL REVENUE
FOR THE DISTRICT OF OKLAHOMA *v.*
BARBY ET UX.

No. 871.  Decided March 11, 1968.

*Solicitor General Griswold, Assistant Attorney General Rogovin, Harris Weinstein* and *Grant W. Wiprud* for petitioner.

*John K. Speck* for respondents.

PER CURIAM.

The petition for a writ of certiorari is granted and the judgment is reversed.  *Commissioner* v. *P. G. Lake, Inc.,* 356 U. S. 260.

MR. JUSTICE STEWART and MR. JUSTICE WHITE are of the opinion that the petition for a writ of certiorari should be granted and the case set down for oral argument.

MR. JUSTICE DOUGLAS is of the opinion that the petition for a writ of certiorari should be denied.